# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No: CR-19-174 |
| | ) |
| TOMMY NAMMIXAY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MOTION REQUESTING THE COURT TO SEAL DOCUMENT

Defendant, Tommy Nammixay, by and through counsel of record Michael S. Johnson, hereby request the Court to seal document number 428, and in support thereof states as follows:

1. Defendant's application to file under seal, document number 428, filed on July 22, 2020, contains confidential information which should not be made a part of the public record.

2. In addition, defendant requests said motion be sealed.

WHEREFORE, Defendant respectfully requests that the application to file under seal be removed from public record.

Respectfully submitted,

s/Michael S. Johnson
Michael S. Johnson,  OBA #16970
1103 NW 87th
Oklahoma City, Ok 73114
Telephone: (405) 557-7824
Fax: (405) 235-5587
ATTORNEY FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2020, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Thomas Synder
Assistant US Attorney

s/Michael S. Johnson